

COMPLIANCE

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

WINGROVE FELTON ROBINSON
ONE & ONLY

List the full name of each plaintiff in this action.

1:23cv134

Case Number: FR CVP
18 USC 1345 & 1348

VS.

SOKOLOVE LAW FIRM
(1) MOTLEY RICE
LAW CLERK

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

FILED
U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR - 5 2023

BY
DEPUTY________________

I. ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A. In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

1. Employ Counsel
2. Court - Appointed Counsel
3. Lawyer Referral Service of the State Bar of Texas, P. O. Box 12487, Austin, Texas 78711.

B. List the name(s) and address(es) of the attorney(s):

NONE!
I PREVIOUSLEY HAD AN ATTORNEY!
SHE SOLD ME OUT, AND NOW I AM MY OWN!

W Robinson
PROSE



C. Results of the conference with counsel:

NONE

SHE SOLD ME OUT TO THE OPPOSITION!

THERE FORE I HAVE NONE!

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? __✓__ Yes _____ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: 1 YEAR AGO.

2. Parties to previous lawsuit(s):

Plaintiff WINGROVE ROBINSON

Defendant RAINTREE TOWER APT COMLEX

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

JUSTICE OF THE PEACE COURT PCT 1.

4. Docket number in other court. NONE

5. Name of judge to whom the case was assigned.
NANCY BEAULIEU ESQ

6. Disposition: Was the case dismissed, appealed or still pending?

CASE WAS JUDGED IN MY FAVOR, YET THE JUDGE ALLOWED RAINTREE TO KEEP MY $27,000 FROM FEMA.

7. Approximate date of disposition. 5/10/17



III. Parties to this suit:

A. List the full name and address of each plaintiff:

Pla #1 WINGROVE ROBINSON
GRAND HOTEL
2525, N. 11th ST #201, BMT, TX 77701
(409) 924-7373.

Pla #2
NONE

B. List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: MARY SPIKES (OWNER).
2190 WOOTEN RD
BMT, TX 77706 (409) 499-1070.

Dft #2: TRAVEL INN
2690 I-10 E RM126
BMT, TX 77701 (409) 892-8111 EMAIL
(409) 899-3316 PH

Dft #3
A. PATES FRONT DESK CLERK
TRAVEL INN 2690 I-10 E, BMT, TX 77701.

Attach a separate sheet for additional parties.

THESE ARE SEPERATE FROM SOKOLOVE LAW

W Robinson
4/4/23

COMPLIANCE

IV: Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

(1) I THE PLAINTIFF ANSWERED AN AD ON T.V., PLACED BY SOKOLOVE LAW FIRM FOR COMPENSATION FROM PRODUCT LIABILITY FROM A POOL OF COMPANIES OF ASBESTOS EXPOSURE!

THE FIRM TOOK MY MEDICAL INFORMATION, TAMPERED WITH IT! CHANGED MY RACE FROM BLACK TO WHITE, AND STOLE THE MONEY! SEE EXHIBIT.

(2) RAINTREE TOWER EXECUTIVES RITA SMITH MGR, CAROLYN WEST ASSNT MGR, KATHY BARRILLEAUX SR. EXECUTIVE, HER ATTY THOMAS BALLASES, MY ATTY ANN BRADLEY, JUDGE NANCY BALLIEUX ALL COMBINED AND STOLE MY $27,000 BENEFIT FROM FEMA.

M/S WEST OVER-DOSED IN SHAME
M/S SMITH DIED FROM A BLOOD CLOT
M/S BALLIEUX IS NO LONGER A JUDGE

W.R.

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

THE REST OF THE EXHIBITS SPEAK FOR THEMSELVES!
I WOULD LIKE THE COURT TO ORDER THE CULPRITS TO PAY UP!
THANKING YOU!
SINCERELY

Signed this 4th day of APRIL (Month), 20 2023 (Year).

WINGROVE ROBINSON
GRAND HOTEL
2525 N. 11th ST #201
BMT, TX 77701
(409) 924-7373.

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: 4/4/23. Date

W Robinson
4/4/23
ONLY ONE PLAINTIFF
Signature of each plaintiff
IS INVOLVED

W Robinson
4/4/23

WINGROVE ROBINSON
GRAND HOTEL
2525 N. 11th ST #201
BMT, TX 77701

CLERK, U.S. DISTRICT COURT
RECEIVED

APR 05 2023

EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

U.S. DISTRICT COURT
FOR THE EASTERN
DISTRICT
300 WILLOW, RM 104
BMT, TX 77701

ATTN: CHIEF