IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| WINGROVE FELTON ROBINSON, | § |
| *Plaintiff*, | § § |
| | § CIVIL ACTION NO. 1:23-CV-00134-MJT-ZJH |
| v. | § JUDGE MICHAEL TRUNCALE |
| | § |
| SOKOLOVE LAW FIRM, MOTLEY RICE, MARY SPIKES, TRAVEL INN, A PATES, | § § § |
| *Defendants*. | § |

ORDER ADOPTING REPORT AND RECOMMENDATION

On April 5, 2023, the Court referred this case to United States Magistrate Judge Zack Hawthorn for pretrial management, pursuant to a standing order. [Dkt. 1]. On July 31, 2023, Judge Hawthorn issued a Report and Recommendation recommending dismissal of *pro se* Plaintiff Wingrove Felton Robinson's complaint for failure to effectuate service of summons on the Defendants and failure to comply with the court's previous Orders. [Dkt. 11]. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C).

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence. Proper notice was given to Plaintiff at his last known address. *See* Fed. R. Civ. P. 5(b)(2)(C). After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

2

It is therefore ORDERED that Judge Hawthorn's Report and Recommendation dismissing Plaintiff Wingrove Felton Robinson's complaint [Dkt. 1] is ADOPTED. Robinson's complaint [Dkt. 1] is therefore DISMISSED WITHOUT PREJUDICE. *See* FED. R. CIV. P. 4(m). The Court will issue a Final Judgment separately.

**SIGNED this 19th day of September, 2023.**

*[signature: Michael J. Truncale]*

Michael J. Truncale
United States District Judge