IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| WINGROVE FELTON ROBINSON,<br><br>*Plaintiff*,<br><br>v.<br><br>SOKOLOVE LAW FIRM, MOTLEY RICE, MARY SPIKES, TRAVEL INN, A PATES,<br><br>*Defendants*. | CIVIL ACTION NO. 1:23-CV-00134-MJT-ZJH<br><br>JUDGE MICHAEL TRUNCALE |

## FINAL JUDGMENT

The Court has adopted the Magistrate Judge's report recommending that the court dismiss this case. Accordingly, it is ORDERED that Plaintiff Wingrove Felton Robinson take nothing, and the case is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to close this case, and all pending motions are denied as moot.

**SIGNED this 19th day of September, 2023.**

Michael J. Truncale
United States District Judge